# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2375
LT Case No. 10-2007-CF-40-A

_____

RALPH JAVIER MUMA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Ralph Javier Muma, Raiford, pro se.

James Uthmeier, Attorney General, and David Welch,
Assistant Attorney General, Tallahassee, for Appellee.

January 20, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————